SEALED   FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2013 MAR 20  PM 3: 33

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KZLV
            DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. |
| Plaintiff, | § | SA13CR0233XR |
| | § | INDICTMENT |
| VS. | § | [Violation: 18 U.S.C. §§ 1951(a) & 2, |
| | § | Sex Trafficking of Children & Aiding and |
| IVAN GONZALES, (1), | § | Abetting.] |
| AND | § | |
| ASHLEY NICOLE GONZALES, (2), | § | |
| Defendants. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §§ 1951(a) & 2]

That on or about the 21st day of December, 2012, within the Western District of Texas, the Defendants,

**IVAN GONZALES,**

AND

**ASHLEY NICOLE GONZALES,**

each aiding and abetting the other, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is B.S., knowing, and in reckless disregard of the fact, that B.S. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18,

United States Code, Sections 1951(a), 1951(b)(2) and Title 18, United States Code, Section 2.

A TRUE BILL.

———————————————
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
BETTINA J. RICHARDSON
Assistant United States Attorney